IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | |
| **MAGDA LIZ OCASIO BORGES** | CASE NO. 15-05541 (BKT) |
| Debtor(s) | Chapter 13 |
| **BANCO POPULAR DE PUERTO RICO** | |
| Movant | INDEX |
| VS. | |
| **MAGDA LIZ OCASIO BORGES AND ALEJANDRO OLIVERAS RIVERA** **CHAPTER 13 TRUSTEE** Respondents | ☒ of acts against property under §362(d)(1) "CAUSE" |

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

**TO THE HONORABLE COURT:**

COMES NOW BANCO POPULAR DE PUERTO RICO ("**Banco Popular**"), through its undersigned counsel, and very respectfully alleges, states and prays:

1. The causes which prompted Movant's filing of its motion for relief of the automatic stay under section 362 (d) of the Bankruptcy Code have been cured by the debtors.

2. In view of the above and pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, Movant herein voluntarily withdraws its motion for relief from the automatic stay.

WHEREFORE, it is respectfully requested that this Honorable Court accept the withdrawal of this Index.

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been filed

electronically filed on this day with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to Debtors' attorney and to Chapter 13 Trustee.

In San Juan, Puerto Rico, on the 17th day of July, 2019.

SARLAW LLC
Attorneys for Banco Popular
Banco Popular Center
10th Floor, Suite 1022
209 Muñoz Rivera Avenue
San Juan, PR 00918-1009
Tel: (787) 765-2988
Fax: (787) 765-2973
sramirez@sarlaw.com


*/S/ Sergio Ramírez de Arellano*
USDC PR 126804